# Exhibit "A"



- Government Employees Insurance Company
- GEICO General Insurance Company
- GEICO Indemnity Company

One GEICO Center, Macon, GA 31295-0001

February 21, 2024

Richard L Kane

Policy Number:

Dear Richard L Kane,

We are reaching out to you based on information obtained from a consumer reporting agency. It appears that CARTER K RIDDLE may be a licensed or permitted driver with your address listed as their primary address.

In order to ensure proper protection, this driver must be added to your policy if they use or have ownership in your vehicle(s) and do not carry their own insurance.

To add CARTER to your policy, simply log in at service.geico.com and navigate to the Driver area. While online, you will also have an opportunity to review additional discounts that may be available to you.

If CARTER is insured elsewhere and should not be listed on your policy, please contact us at the number below with the name of the insurer and the policy number. Otherwise, if CARTER does not have any ownership in your vehicle(s) and does not use your vehicles(s), simply provide us with this information, along with your relationship to CARTER.

Please note that CARTER will be automatically added to your policy as a driver, if no action is taken within 15 days.

If you have already contacted us regarding this matter, or have already added CARTER to your policy, please disregard this notice.

For additional assistance, please do not hesitate to give us a call.

Sincerely,

GEICO Underwriting
1-800-841-3000