# Exhibit "B"



■ Government Employees Insurance Company
■ GEICO General Insurance Company
■ GEICO Indemnity Company

One GEICO Center, Macon, GA 31295-0001

September 16, 2024

Richard L Kane

Policy Number:

Dear Richard L Kane,

We are reaching out to you based on information obtained from a consumer reporting agency. It appears that ANGELINA K MARCHAND may be a licensed or permitted driver with your address listed as their primary address.

In order to ensure proper protection, this driver must be added to your policy if they reside in your household and are related to you, or if they use your vehicle and do not carry their own insurance.

To add ANGELINA to your policy, simply log in at service.geico.com and navigate to the Driver area. While online, you will also have an opportunity to review additional discounts that may be available to you.

If ANGELINA is insured under another policy, just fax a current insurance declaration page showing ANGELINA as a covered driver to 855-294-3691 so we can update your policy with this information. Be sure to include your GEICO policy number on the fax.

Please note that ANGELINA will be automatically added to your policy as a driver, if no action is taken within 15 days.

If you have already contacted us regarding this matter, or have already added ANGELINA to your policy, please disregard this notice.

For additional assistance, please do not hesitate to give us a call.

Sincerely,

GEICO Underwriting
1-800-841-3000