UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD KANE

    Plaintiff,

v.                                                Case No. 6:25-CV-532-JSS-LHP

GEICO GENERAL INSURANCE
COMPANY,

    Defendant.
_____/

## JOINT NOTICE OF MEDIATION

Pursuant to the Case Management and Scheduling Order (ECF No. 28), the parties provide this notice that they have agreed that Rodney A. Max will be the mediator in this case. Mediation will be held in person on November 12, 2025.

Respectfully submitted this 18th day of August, 2025.

                                                                       */s/ Elisabeth L. Rabin*
                                                                       Harvey W. Gurland, Jr.
                                                                       Florida Bar No.: 284033
                                                                       Elisabeth L. Rabin
                                                                       Florida Bar No.: 1025636
                                                                       DUANE MORRIS LLP
                                                                       201 South Biscayne Blvd., #3400
                                                                       Miami, Florida 33131
                                                                       Telephone: (305) 960-2200
                                                                       Facsimile: (305) 397-1874
                                                                       hwgurland@duanemorris.com
                                                                       erabin@duanemorris.com

                                                                       *Counsel for Defendant Geico General Insurance Company*

Rachel Dapeer, Esq.
Florida Bar No.: 108039
DAPEER LAW, P.A.
520 South Dixie Hwy, #240
Hallandale Beach, FL 30090
Telephone: (786) 963-5165
rachel@dapeer.com

and

Martin L. Daesch, *admitted PHV*
Jesse B. Rochman, *admitted PHV*
ONDERLAW, LLC
110 E. Lockwood Ave.
St. Louis, MO 63119
Telephone: (314) 963-9000
Facsimile: (314) 963-1700
daesch@onderlaw.com
rochman@onderlaw.com

*Counsel for Plaintiff Richard Kane*