# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

RICHARD KANE,

    Plaintiff,

v.

                                                                        Case No. 6:25-CV-532-JSS-LHP

GEICO CASUALTY COMPANY,

    Defendant.
_____/

## SUGGESTION OF DEATH

Defendant GEICO Casualty Company, pursuant to Federal Rule of Civil Procedure 25(a), hereby suggests upon the record that Plaintiff Richard Kane passed away on September 13, 2025.[1]  Pursuant to Rule 25(a)(1), the parties shall have 90 days after the decedent's death is suggested on the record to make a motion for substitution of an appropriate person under the law in place of the deceased party.

                                                                             Respectfully submitted,

                                                                             */s/ Elisabeth L. Rabin*
                                                                             Harvey W. Gurland, Jr.
                                                                             Florida Bar No.:  284033
                                                                             Elisabeth L. Rabin
                                                                             Florida Bar No.: 1025636

---

[1] On November 7, 2025, the undersigned advised Plaintiff's counsel that publicly available information confirms that Richard Kane died on September 13, 2025 and indicated that the undersigned would advise the Court.

DUANE MORRIS LLP
201 South Biscayne Blvd., #3400
Miami, Florida 33131
Telephone: (305) 960-2200
Facsimile:  (305) 397-1874
hwgurland@duanemorris.com
erabin@duanemorris.com

*Counsel for Defendant GEICO Casualty Company*