UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALLISON KANE, as Personal
Representative of the Estate of Richard Kane
and for all others similarly situated,

    Plaintiff,

Case No: 6:25-cv-532-JSS-LHP

v.

GEICO CASUALTY COMPANY,

    Defendant.
_____/

# Unopposed Motion to Join and/or Amend by Interlineation

Plaintiff Allison Kane, as Personal Representative of the Estate of Richard Kane, respectfully moves the Court, under Federal Rules of Civil Procedure 1, 15, 19, and 20, for entry of an order joining Allison Kane in her individual capacity as a named plaintiff and/or permitting amendment by interlineation to reflect that the operative named plaintiff in this action is:

> ALLISON KANE, individually, as Personal Representative of the Estate of Richard Kane, and for all others similarly situated.

## BASIS FOR RELIEF

1.    Defendant does not oppose this motion.

2.    Allison Kane, in addition to serving as Personal Representative of the Estate of Richard Kane, was herself a named insured and alleges to have suffered the same injuries arising from GEICO's alleged conduct.

3.    Joining Allison Kane in her individual capacity does not add new claims or substantively new factual allegations. A redline and clean copy of the amendment by interlineation are attached. (Dkts. 44-1, 44-2). The pending motions remain identical and joining her will not affect the procedural posture of this action.

4.    Plaintiff and Defendant both consent to proceeding as though Allison Kane, individually, as Personal Representative of the Estate of Richard Kane, and for all others similarly situated had been named in the original complaint.

5.    Joinder and amendment are appropriate under Rules 19 and 20 because Allison Kane, in her individual capacity, claims an interest arising out of the same transaction or occurrence and presents common questions of law and fact.

6.    Amendment is further authorized by Rule 15(a)(2), which directs that leave to amend be freely given when justice so requires, and by Rule 1, which requires the Rules to be construed and administered to secure the just, speedy, and

inexpensive determination of every action.

7. Because the requested change is formal in nature, amendment by interlineation is appropriate. (Dkt. 34); 71 C.J.S. Pleading § 437 (2011) ("Subject to the discretion of the court, and in the absence of a statute or rule of court providing otherwise, amendment by interlineation is considered permissible, particularly in the case of an amendment of a trivial or formal nature.")

8. Plaintiff respectfully requests that the Court order that all prior pleadings, filings, and orders in this case be deemed amended by interlineation to reflect the corrected party designation, including:

    a. Complaint (Dkt. 1);

    b. Motion to Dismiss (Dkt. 14);

    c. Motion to Stay Discovery (Dkt. 22);

    d. Responses in Opposition (Dkts. 24, 26);

    e. Case Management and Scheduling Order (Dkt. 28); and

    f. Joint Status Report (Dkt. 43).

## CONCLUSION

For these reasons, Plaintiff respectfully requests that the Court enter an order:

1. Joining Allison Kane in her individual capacity as a named plaintiff and/or permitting amendment by interlineation to reflect that the operative named plaintiff in this action is: "ALLISON KANE, individually, as Personal Representative of the Estate of Richard Kane, and for all others similarly situated."

2. Directing that all pleadings, filings, and orders be deemed amended by interlineation to reflect her being joined in her individual capacity.

3. Granting such other and further relief as the Court deems just and proper.

| | |
|---|---|
| **ONDERLAW, LLC** | **DAPEER LAW, P.A.** |
| | By: */s/ Rachel Dapeer* |
| Martin L. Daesch, Admitted PHV | Rachel Dapeer, Esq. |
| Jesse B. Rochman, Admitted PHV | ***Lead Counsel for Plaintiff*** |
| 110 E. Lockwood Ave. | Florida Bar No. 108039 |
| St. Louis, MO 63119 | 520 South Dixie Hwy, # 240 |
| (314) 963-9000 (telephone) | Hallandale Beach, FL 30090 |
| (314) 963-1700 (facsimile) | Telephone: 786-963-5165 |
| daesch@onderlaw.com | Email: rachel@dapeer.com |
| rochman@onderlaw.com | |

**LOCAL RULE 3.01(G) CERTIFICATION**

Counsel for Plaintiff conferred with counsel for Defendant and the parties agree on the Court granting the requested relief.

*/s/ Rachel Dapeer*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF on February 10, 2026, and that a courtesy copy was served upon all counsel of record, via the Court's generated email notification system.

*/s/ Rachel Dapeer*