## 2025

| Date | Event | Balance | |
|---|---|---|---|
| Apr 15, 2025 09:16 PM | **Pending Cancelation Notice Sent Batch Details**<br>**Amount:** $0.00<br>**Effective Date:** 04/27/2025 | **Balance:** $2,750.66 | Details |
| Apr 15, 2025 06:34 AM | **Pending Cancellation Sent Delivery: EMailed**<br>**Amount:** $0.00<br>**Effective Date:** 04/27/2025 | **Balance:** $2,750.66 | Details |
| Apr 15, 2025 06:29 AM | **Service Amendment**<br>**Amount:** $0.00<br>**Effective Date:** 04/15/2025 | **Balance:** $2,750.66 | Details |
| Apr 15, 2025 06:28 AM | **Pending Cancellation notice initiated for $1,383.32 due by 4/27/2025**<br>**Amount:** $0.00 | Balance: $2,750.66 | Details |
| | **Non-Sufficient Funds Fee Applied**<br>**Amount:** $15.00 | Balance: $2,750.66 | Details |
| | **Auto Pay Check Payment Reversed**<br>**Amount:** $1,368.32 | Balance: $2,735.66 | Details |
| Apr 15, 2025 06:26 AM | **The following account configuration changes were made: Invoice Method was changed from EFT to PA. De-enrollment Source Billing System. The Account was rescheduled.**<br>**Amount:** $0.00 | Balance: $1,367.34 | Details |
| | **Payment Restriction has been set on PNC BANK, NA account ending in 3575**<br>**Amount:** $0.00 | Balance: $1,367.34 | Details |

| | | | | |
|---|---|---|---|---|
| Apr 11, 2025 09:15 AM | $ | **Auto Pay Check Payment Received**<br>**Amount:** $1,368.32 | Balance: $1,367.34 | Details |
| Mar 26, 2025 06:39 PM | $ | **Installment Fee added**<br>**Amount:** $1.00 | Balance: $2,735.66 | Details |
| | $ | **Auto Pay Check Transaction Scheduled for $1368.32 for 4/11/2025**<br>**Amount:** $0.00 | Balance: $2,734.66 | Details |
| Feb 28, 2025 11:12 AM | | **Rescind Pending Cancellation**<br>**Amount:** $0.00<br>**Effective Date:** 02/21/2025 | **Balance:** $2,734.66 | Details |
| Feb 28, 2025 11:12 AM | $ | **PCN for 6147809401 1/11/2025 - 7/11/2025 was automatically rescinded on 2/28/2025.**<br>**Amount:** $0.00 | Balance: $2,734.66 | Details |
| Feb 28, 2025 11:12 AM | $ | **Credit Card Payment Scheduled for $699.66 for 2/28/2025**<br>**Amount:** $0.00 | Balance: $2,734.66 | Details |
| | $ | **Credit Card Payment Received**<br>**Amount:** $699.66 | Balance: $2,734.66 | Details |
| Feb 21, 2025 09:08 PM | | **Pending Cancelation Notice Sent Batch Details**<br>**Amount:** $0.00<br>**Effective Date:** 03/05/2025 | **Balance:** $3,434.32 | Details |
| Feb 21, 2025 08:30 PM | | **Pending Cancellation Sent Delivery: EMailed**<br>**Amount:** $0.00<br>**Effective Date:** 03/05/2025 | **Balance:** $3,434.32 | Details |

| | | | |
|---|---|---|---|
| Feb 21, 2025 08:30 PM | **Service Amendment**<br>**Amount:** $0.00<br>**Effective Date:** 02/21/2025 | **Balance:** $3,434.32 | Details |
| Feb 21, 2025 08:30 PM | **Pending Cancellation notice initiated for $699.66 due by 3/5/2025**<br>**Amount:** $0.00 | Balance: $3,434.32 | Details |
| Feb 21, 2025 06:25 AM | **Non-Sufficient Funds Fee Applied**<br>**Amount:** $15.00 | Balance: $3,434.32 | Details |
| | **Auto Pay Check Payment Reversed**<br>**Amount:** $684.66 | Balance: $3,419.32 | Details |
| Feb 14, 2025 06:30 AM | **eCheck Payment reversal pending:$684.66 from Checking Account ending in 3575 for Reason: Insufficient funds pending.**<br>**Amount:** $684.66 | Balance: $2,734.66 | Details |
| Feb 11, 2025 03:23 AM | **Auto Pay Check Payment Received**<br>**Amount:** $684.66 | Balance: $2,734.66 | Details |
| Jan 25, 2025 07:59 PM | **AutoPay Extraction Schedule Sent**<br>**Amount:** $0.00 | Balance: $3,419.32 | Details |
| Jan 25, 2025 06:38 PM | **Installment Fee added**<br>**Amount:** $1.00 | Balance: $3,419.32 | Details |
| | **Auto Pay Check Transaction Scheduled for $684.66 for 2/11/2025**<br>**Amount:** $0.00 | Balance: $3,418.32 | Details |

| | | | | |
|---|---|---|---|---|
| Jan 11, 2025 04:14 AM | **Auto Pay Check Payment Received** **Amount:** $220.83 | Balance: $3,418.32 | Details |
| Jan 9, 2025 08:10 PM | **AutoPay Extraction Schedule Sent** **Amount:** $0.00 | Balance: $3,639.15 | Details |
| Jan 9, 2025 06:44 PM | **Declaration Package Delivery: Print** **Amount:** $0.00 **Effective Date:** 01/11/2025 | **Balance:** $3,639.15 | Details |
| Jan 9, 2025 06:44 PM | **Updated Auto Pay Check Payment - Amount updated from $886.11 to $220.83 from PNC BANK, NA Checking Account ending in 3575.** **Amount:** $0.00 | Balance: $3,639.15 | Details |
| Jan 9, 2025 06:43 PM | **Change Driver Info** **Amount:** -$1,217.20 **Effective Date:** 01/11/2025 | **Balance:** $3,639.15 | Details |
| | **OOS Reapply Renewal+** **Amount:** $5,318.76 **Effective Date:** 01/11/2025 | **Balance:** $4,856.35 | Details |
| | **OOS Change Driver Info+** **Amount:** -$462.41 **Effective Date:** 12/10/2024 | **Balance:** -$462.41 | Details |
| | **OOS Reversal Renewal+** **Amount:** -$5,318.76 **Effective Date:** 01/11/2025 | **Balance:** $0.00 | Details |

**2024**

| | | | |
|---|---|---|---|
| Dec 26, 2024 06:38 PM | **Auto Pay Check Transaction Scheduled for $886.11 for 1/11/2025**<br>**Amount:** $0.00 | Balance: $5,318.76 | Details |
| Dec 11, 2024 03:28 AM | **Auto Pay Check Payment Received**<br>**Amount:** $1,274.78 | Balance: $5,318.76 | Details |
| Dec 7, 2024 05:16 AM | **AutoPay Extraction Schedule Sent**<br>**Amount:** $0.00 | Balance: $6,593.54 | Details |
| Dec 7, 2024 04:40 AM | **Declaration Package Delivery: Print**<br>**Amount:** $0.00<br>**Effective Date:** 01/11/2025 | **Balance:** $6,593.54 | Details |
| Dec 7, 2024 04:40 AM | **Renewal+**<br>**Amount:** $5,318.76<br>**Effective Date:** 01/11/2025 | **Balance:** $6,593.54 | Details |
| Nov 25, 2024 07:52 PM | **AutoPay Extraction Schedule Sent**<br>**Amount:** $0.00 | Balance: $1,274.78 | Details |
| Nov 25, 2024 06:37 PM | **Installment Fee added**<br>**Amount:** $1.00 | Balance: $1,274.78 | Details |
| | **Auto Pay Check Transaction Scheduled for $1274.78 for 12/11/2024**<br>**Amount:** $0.00 | Balance: $1,273.78 | Details |
| Oct 30, 2024 09:15 AM | **Canceled Auto Pay Check Payment for $2564.58 for 11/11/2024 from PNC BANK, NA Checking Account ending in 3575.**<br>**Amount:** $0.00 | Balance: $1,273.78 | Details |

| | | | | |
|---|---|---|---|---|
| Oct 30, 2024 09:15 AM | | **eCheck Payment Scheduled for $2564.58 for 10/30/2024**<br>**Amount:** $0.00 | Balance: $1,273.78 | Details |
| | | **eCheck Payment Received**<br>**Amount:** $2,564.58 | Balance: $1,273.78 | Details |
| Oct 26, 2024 08:24 PM | | **AutoPay Extraction Schedule Sent**<br>**Amount:** $0.00 | Balance: $3,838.36 | Details |
| Oct 26, 2024 06:37 PM | | **Installment Fee added**<br>**Amount:** $1.00 | Balance: $3,838.36 | Details |
| | | **Auto Pay Check Transaction Scheduled for $2564.58 for 11/11/2024**<br>**Amount:** $0.00 | Balance: $3,837.36 | Details |
| Oct 25, 2024 04:40 AM | | **Renewal Process has Started**<br>**Amount:** $0.00<br>**Effective Date:** 10/25/2024 | **Balance:** $3,837.36 | Details |
| Oct 23, 2024 06:34 AM | | **Non-Sufficient Funds Fee Applied**<br>**Amount:** $15.00 | Balance: $3,837.36 | Details |
| | | **Auto Pay Check Payment Reversed**<br>**Amount:** $788.27 | Balance: $3,822.36 | Details |
| Oct 11, 2024 03:24 AM | | **Auto Pay Check Payment Received**<br>**Amount:** $788.27 | Balance: $3,034.09 | Details |

| | | | |
|---|---|---|---|
| Oct 3, 2024 02:38 PM | **Paperless Policy Ind Change+**<br>**Amount:** $0.00<br>**Effective Date:** 10/04/2024 | **Balance:** $3,822.36 | Details |
| Oct 1, 2024 07:36 PM | **AutoPay Extraction Schedule Sent**<br>**Amount:** $0.00 | Balance: $3,822.36 | Details |
| Oct 1, 2024 10:26 AM | **Declaration Package Delivery: EMailed**<br>**Amount:** $0.00<br>**Effective Date:** 10/02/2024 | **Balance:** $3,822.36 | Details |
| Oct 1, 2024 10:25 AM | **Add Driver+**<br>**Amount:** $1,459.57<br>**Effective Date:** 10/02/2024 | **Balance:** $3,822.36 | Details |
| Sep 25, 2024 07:59 PM | **AutoPay Extraction Schedule Sent**<br>**Amount:** $0.00 | Balance: $2,362.79 | Details |
| Sep 25, 2024 06:37 PM | **Installment Fee added**<br>**Amount:** $1.00 | Balance: $2,362.79 | Details |
| | **Auto Pay Check Transaction Scheduled for $788.27 for 10/11/2024**<br>**Amount:** $0.00 | Balance: $2,361.79 | Details |
| Sep 11, 2024 03:17 AM | **Auto Pay Check Payment Received**<br>**Amount:** $788.27 | Balance: $2,361.79 | Details |
| Aug 26, 2024 07:57 PM | **AutoPay Extraction Schedule Sent**<br>**Amount:** $0.00 | Balance: $3,150.06 | Details |

| Date | Event | Balance | |
|---|---|---|---|
| Aug 26, 2024 06:36 PM | **Installment Fee added**<br>**Amount:** $1.00 | Balance: $3,150.06 | Details |
| | **Auto Pay Check Transaction Scheduled for $788.27 for 9/11/2024**<br>**Amount:** $0.00 | Balance: $3,149.06 | Details |
| Aug 24, 2024 07:55 PM | **AutoPay Extraction Schedule Sent**<br>**Amount:** $0.00 | Balance: $3,149.06 | Details |
| | **Welcome Enrollment Letter sent for Auto Pay Checking**<br>**Amount:** $0.00 | Balance: $3,149.06 | Details |
| Aug 24, 2024 01:35 PM | **Rescind Pending Cancellation**<br>**Amount:** $0.00<br>**Effective Date:** 08/15/2024 | **Balance:** $3,149.06 | Details |
| Aug 24, 2024 01:35 PM | **Enrolled New Auto Pay Bank Account 3575.**<br>**Amount:** $0.00 | Balance: $3,149.06 | Details |
| | **PCN for 6147809401 7/11/2024 - 1/11/2025 was automatically rescinded on 8/24/2024.**<br>**Amount:** $0.00 | Balance: $3,149.06 | Details |
| | **Payment Method Stored: PNC BANK, NA Checking Account ending in 3575.**<br>**Amount:** $0.00 | Balance: $3,149.06 | Details |

| | | | | |
|---|---|---|---|---|
| Aug 24, 2024 01:35 PM | **eCheck Payment Scheduled for $889.26 for 8/24/2024**<br>**Amount:** $0.00 | Balance: $3,149.06 | Details |
| | **eCheck Payment Received**<br>**Amount:** $889.26 | Balance: $3,149.06 | Details |
| Aug 15, 2024 09:50 PM | **Pending Cancelation Notice Sent Batch Details**<br>**Amount:** $0.00<br>**Effective Date:** 08/27/2024 | **Balance:** $4,038.32 | Details |
| Aug 15, 2024 08:36 PM | **Pending Cancellation Sent Delivery: EMailed**<br>**Amount:** $0.00<br>**Effective Date:** 08/27/2024 | **Balance:** $4,038.32 | Details |
| Aug 15, 2024 08:35 PM | **Service Amendment**<br>**Amount:** $0.00<br>**Effective Date:** 08/15/2024 | **Balance:** $4,038.32 | Details |
| Aug 15, 2024 08:35 PM | **Pending Cancellation notice Initiated for $889.26 due by 8/27/2024**<br>**Amount:** $0.00 | Balance: $4,038.32 | Details |
| Aug 15, 2024 05:32 PM | **Auto Pay Credit Card Payment was Declined**<br>**Amount:** $0.00 | Balance: $4,038.32 | Details |
| Aug 11, 2024 11:35 AM | **Auto Pay Credit Card Payment Scheduled for 889.26 for 8/15/2024**<br>**Amount:** $0.00 | Balance: $4,038.32 | Details |
| | **Auto Pay Credit Card Payment was Declined for $889.26. Resubmitting on 8/15/2024**<br>**Amount:** $0.00 | Balance: $4,038.32 | Details |

| | | | |
|---|---|---|---|
| Jul 27, 2024 07:21 PM | **AutoPay Extraction Schedule Sent** **Amount:** $0.00 | Balance: $4,038.32 | Details |
| Jul 26, 2024 07:25 PM | **Installment Fee added** **Amount:** $5.00 | Balance: $4,038.32 | Details |
| | **Auto Pay Credit Card Payment Scheduled for $889.26 for 8/11/2024** **Amount:** $0.00 | Balance: $4,033.32 | Details |
| Jul 20, 2024 08:47 PM | **AutoPay Extraction Schedule Sent** **Amount:** $0.00 | Balance: $4,033.32 | Details |
| | **Welcome Enrollment Letter sent for Auto Pay Card** **Amount:** $0.00 | Balance: $4,033.32 | Details |
| Jul 20, 2024 10:10 AM | **Canceled Credit Card Payment for $3478.16 for 7/25/2024 from Visa ending in 9916.** **Amount:** $0.00 | Balance: $4,033.32 | Details |
| | **Payment Plan adjusted from Pay In Full to True Monthly - 6 Payments with GEICO Auto Pay.** **Amount:** $0.00 | Balance: $4,033.32 | Details |
| Jul 20, 2024 10:09 AM | **Enrolled in Auto Pay with Card 9916.** **Amount:** $0.00 | Balance: $4,033.32 | Details |
| | **Credit Card Payment Scheduled for $3478.16 for 7/25/2024** **Amount:** $0.00 | Balance: $4,033.32 | Details |

Sensitivity: Company-Internal

| | | | | |
|---|---|---|---|---|
| Jul 20, 2024 10:08 AM | **Credit Card Payment Scheduled for $689.92 for 7/20/2024**<br>**Amount:** $0.00 | Balance: $4,033.32 | Details |
| | **Credit Card Payment Received**<br>**Amount:** $689.92 | Balance: $4,033.32 | Details |
| Jul 10, 2024 07:57 PM | **Reissue Invoice Schedule Sent. Total amount due $4168.08. Due date 7/25/2024**<br>**Amount:** $0.00 | Balance: $4,723.24 | Details |
| Jul 10, 2024 06:56 PM | **Invoice created. Total amount due $4,168.08. Due date 7/25/2024**<br>**Amount:** $0.00 | Balance: $4,723.24 | Details |
| Jul 10, 2024 05:42 PM | **Declaration Package Delivery: EMailed**<br>**Amount:** $0.00<br>**Effective Date:** 07/11/2024 | **Balance:** $4,723.24 | Details |
| Jul 10, 2024 05:42 PM | **Delete Coverage**<br>**Amount:** -$53.54<br>**Effective Date:** 07/11/2024 | **Balance:** $4,723.24 | Details |
| Jul 10, 2024 05:41 PM | **Declaration Package Delivery: EMailed**<br>**Amount:** $0.00<br>**Effective Date:** 07/11/2024 | **Balance:** $4,776.78 | Details |
| Jul 10, 2024 05:40 PM | **Adj Gar Loc(In State)+**<br>**Amount:** $581.93<br>**Effective Date:** 07/11/2024 | **Balance:** $4,776.78 | Details |
| Jul 10, 2024 05:39 PM | **Reissue+**<br>**Amount:** $4,194.85<br>**Effective Date:** 07/11/2024 | **Balance:** $4,194.85 | Details |

| | | | |
|---|---|---|---|
| Jul 10, 2024 05:33 PM | **Adjust Mailing Address**<br>**Amount:** $0.00<br>**Effective Date:** 07/10/2024 | **Balance:** $0.00 | Details |
| Jul 10, 2024 05:26 PM | **Payment Method Stored: Visa Credit Card ending in 9759.**<br>**Amount:** $0.00 | Balance: $0.00 | Details |
| Jul 10, 2024 05:26 PM | **Internal Collections has been Stopped**<br>**Amount:** $0.00 | Balance: $0.00 | Details |
| | **Credit Card Payment Scheduled for $143.35 for 7/10/2024**<br>**Amount:** $0.00 | Balance: $0.00 | Details |
| | **Credit Card Payment Received**<br>**Amount:** $143.35 | Balance: $0.00 | Details |
| Jul 10, 2024 12:41 AM | **First Collection Email Sent for $143.35**<br>**Amount:** $0.00 | Balance: $143.35 | Details |
| Jul 1, 2024 01:12 AM | **Earned Premium Bill Sent for $143.35**<br>**Amount:** $0.00 | Balance: $143.35 | Details |
| Jun 30, 2024 01:05 AM | **Internal Collections has been Started**<br>**Amount:** $0.00 | Balance: $143.35 | Details |
| Jun 30, 2024 12:03 AM | **Cancellation Letter Sent Delivery: Print**<br>**Amount:** $0.00<br>**Effective Date:** 06/15/2024 | **Balance:** $143.35 | Details |

Sensitivity: Company-Internal

| | | | |
|---|---|---|---|
| Jun 30, 2024<br>12:01 AM | **OOS Cancel All**<br>**Amount:** -$3,494.49<br>**Effective Date:** 06/15/2024 | **Balance:**<br>$143.35 | Details |
| | **OOS Reversal Pending Cancellation - Notice Not Sent+**<br>**Amount:** $0.00<br>**Effective Date:** 06/15/2024 | **Balance:**<br>$3,637.84 | Details |
| Jun 30, 2024<br>12:01 AM | **Pending Cancellation - Notice Not Sent+**<br>**Amount:** $0.00<br>**Effective Date:** 06/15/2024 | **Balance:**<br>$3,637.84 | Details |
| Jun 30, 2024<br>12:01 AM | **Cancellation initiated for policy 6/15/2024 - 12/15/2024 due to Expiration effective 6/15/2024.**<br>**Amount:** $0.00 | Balance:<br>$3,637.84 | Details |
| Jun 20, 2024<br>08:13 PM | **Policy Expiration Notification Sent**<br>**Amount:** $0.00 | Balance:<br>$3,637.84 | Details |
| May 31, 2024<br>07:12 PM | **Courtesy Renewal Reminder Sent**<br>**Amount:** $0.00 | Balance:<br>$3,637.84 | Details |
| May 18, 2024<br>07:38 PM | **Invoice not needed. Total amount due $0.00.**<br>**Amount:** $0.00 | Balance:<br>$3,637.84 | Details |
| May 18, 2024<br>12:10 PM | **Declaration Package Delivery: EMailed**<br>**Amount:** $0.00<br>**Effective Date:** 06/15/2024 | **Balance:**<br>$3,637.84 | Details |

| | | | | |
|---|---|---|---|---|
| May 18, 2024 12:10 PM | **C/R 2014 BMW With 2017 JEEP+**<br>**Amount:** $896.73<br>**Effective Date:** 06/15/2024 | **Balance:** $3,637.84 | Details |
| | **OOS Reapply Renewal+**<br>**Amount:** $2,597.76<br>**Effective Date:** 06/15/2024 | **Balance:** $2,741.11 | Details |
| | **OOS C/R 2014 BMW With 2017 JEEP+**<br>**Amount:** $143.35<br>**Effective Date:** 05/18/2024 | **Balance:** $143.35 | Details |
| | **OOS Reversal Renewal+**<br>**Amount:** -$2,597.76<br>**Effective Date:** 06/15/2024 | **Balance:** $0.00 | Details |
| May 10, 2024 10:55 PM | **Renewal Bill Sent**<br>**Amount:** $0.00 | Balance: $2,597.76 | Details |
| May 10, 2024 10:42 PM | **Declaration Package Delivery: EMailed**<br>**Amount:** $0.00<br>**Effective Date:** 06/15/2024 | **Balance:** $2,597.76 | Details |
| May 10, 2024 10:41 PM | **Renewal+**<br>**Amount:** $2,597.76<br>**Effective Date:** 06/15/2024 | **Balance:** $2,597.76 | Details |
| Mar 29, 2024 04:30 AM | **Renewal Process has Started**<br>**Amount:** $0.00<br>**Effective Date:** 03/29/2024 | **Balance:** $0.00 | Details |
| Mar 8, 2024 12:00 PM | **Payment Method Stored: AmericanExpress Credit Card ending in 4002.**<br>**Amount:** $0.00 | Balance: $0.00 | Details |

| | | | | |
|---|---|---|---|---|
| Mar 8, 2024 12:00 PM | **Credit Card Payment Scheduled for $327.40 for 3/8/2024**<br>**Amount:** $0.00 | Balance: $0.00 | Details |
| | **Credit Card Payment Received**<br>**Amount:** $327.40 | Balance: $0.00 | Details |
| Mar 7, 2024 07:22 PM | **Invoice sent. Total amount due $80.57. Due date 3/15/2024**<br>**Amount:** $0.00 | Balance: $327.40 | Details |
| Mar 7, 2024 08:36 AM | **Declaration Package Delivery: EMailed**<br>**Amount:** $0.00<br>**Effective Date:** 03/08/2024 | **Balance:** $327.40 | Details |
| Mar 7, 2024 08:35 AM | **Add Driver+**<br>**Amount:** $246.83<br>**Effective Date:** 03/08/2024 | **Balance:** $327.40 | Details |
| Feb 29, 2024 07:47 PM | **Invoice sent. Total amount due $80.57. Due date 3/15/2024**<br>**Amount:** $0.00 | Balance: $80.57 | Details |
| Feb 29, 2024 06:24 PM | **Invoice created. Total amount due $80.57. Due date 3/15/2024**<br>**Amount:** $0.00 | Balance: $80.57 | Details |
| Feb 14, 2024 07:17 PM | **Invoice not needed. Total amount due $0.00.**<br>**Amount:** $0.00 | Balance: $80.57 | Details |
| Feb 14, 2024 02:19 AM | **Declaration Package Delivery: EMailed**<br>**Amount:** $0.00<br>**Effective Date:** 02/15/2024 | **Balance:** $80.57 | Details |

| | | | |
|---|---|---|---|
| Feb 14, 2024 02:19 AM | **Change Driver Info+**<br>**Amount:** $80.57<br>**Effective Date:** 02/15/2024 | **Balance:** $80.57 | Details |
| Feb 9, 2024 04:31 PM | **Refund for $58.66 was sent to Visa ending in *9916.**<br>**Amount:** $58.66 | Balance: $0.00 | Details |
| Feb 8, 2024 07:41 PM | **Invoice not needed. Total amount due $0.00.**<br>**Amount:** $0.00 | Balance: -$58.66 | Details |
| Feb 8, 2024 06:46 PM | **Refund for $58.66 was submitted for approval. Payee: Richard Kane.**<br>**Amount:** $0.00 | Balance: -$58.66 | Details |
| Feb 8, 2024 06:44 PM | **Declaration Package Delivery: EMailed**<br>**Amount:** $0.00<br>**Effective Date:** 02/09/2024 | **Balance:** -$58.66 | Details |
| Feb 8, 2024 06:44 PM | **Add Multi-Line Discount**<br>**Amount:** -$58.68<br>**Effective Date:** 02/09/2024 | **Balance:** -$58.66 | Details |
| Feb 8, 2024 06:33 PM | **Follow-Up Letter - Sent via Non-PORS Delivery: Print**<br>**Amount:** $0.00<br>**Effective Date:** 01/15/2024 | **Balance:** $0.02 | Details |
| Feb 8, 2024 06:28 PM | **Declaration Package Delivery: EMailed**<br>**Amount:** $0.00<br>**Effective Date:** 01/15/2024 | **Balance:** $0.02 | Details |
| Feb 8, 2024 06:27 PM | **Change Driver Info**<br>**Amount:** -$105.04<br>**Effective Date:** 01/15/2024 | **Balance:** $0.02 | Details |

| | | | | |
|---|---|---|---|---|
| Feb 8, 2024 06:27 PM | | **Declaration Package Delivery: EMailed**<br>**Amount:** $0.00<br>**Effective Date:** 01/15/2024 | **Balance:** $105.06 | Details |
| Feb 8, 2024 06:27 PM | | **Change Driver Info+**<br>**Amount:** -$105.03<br>**Effective Date:** 01/15/2024 | **Balance:** $105.06 | Details |
| Jan 31, 2024 07:45 PM | | **Invoice sent. Total amount due $210.09. Due date 2/15/2024**<br>**Amount:** $0.00 | Balance: $210.09 | Details |
| Jan 31, 2024 06:23 PM | | **Invoice created. Total amount due $210.09. Due date 2/15/2024**<br>**Amount:** $0.00 | Balance: $210.09 | Details |
| Jan 14, 2024 07:09 PM | | **Invoice not needed. Total amount due $0.00.**<br>**Amount:** $0.00 | Balance: $210.09 | Details |
| Jan 14, 2024 02:23 AM | | **Declaration Package Delivery: EMailed**<br>**Amount:** $0.00<br>**Effective Date:** 01/15/2024 | **Balance:** $210.09 | Details |
| Jan 14, 2024 02:22 AM | | **Change Driver Info+**<br>**Amount:** $210.09<br>**Effective Date:** 01/15/2024 | **Balance:** $210.09 | Details |